IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CARPENTERS PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS and MICHAEL T. KUCHARSKI, as Administrative Manager, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )   No. 05-3090 ) ) |
| KENNETH T. KIRBY, d/b/a DUPONT FLOORING SYSTEM, | ) ) ) |
| Defendant. | ) |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Plaintiffs' motion for default judgment.

On June 1, 2005, United States Magistrate Judge Byron G. Cudmore entered an Order of Default against the Defendant for failure to answer as provided by the Federal Rules of Civil Procedure and the Rules of this

1

Court. The Plaintiffs have since filed a motion for a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure. The Defendant has not responded to the Plaintiffs' motion.

In connection with their motion for a default judgment, the Plaintiffs have submitted the affidavit of Michael E. Pieklo, the collections manager/controller of the Carpenters Pension and Retirement Savings Funds of Illinois. Mr. Pieklo's responsibilities and duties include keeping and maintaining records of contributions received for the Plaintiffs from participating employers. He also coordinates and supervises the recovery of delinquent employer contributions on the Plaintiffs' behalf, thereby receiving access to all necessary information. Mr. Pieklo has examined the account of Defendant Kenneth T. Kirby, d/b/a Dupont Flooring Systems, and states that the Defendant has submitted monthly contribution reports for the months of July 2004 through February 2005. However, the Defendant has failed to submit contributions due in the amount of $34,176.45. A liquidated damages surcharge has been assessed against the Defendant in the amount of 10% of all contributions due and unpaid and

all contributions which were paid late, in the total amount of $3,417.65. Mr. Pieklo states that after credit for payments is applied, the total amount owed by the Defendant for contributions and liquidated damages is $33,064.48.

The Plaintiffs have also submitted the affidavit of their attorney regarding his attorney's fees. Based on 5.85 hours spent in attempting to collect the sums due from the Defendant and his hourly rate of $175.00, counsel states that his total charges to the Plaintiffs for attorney's fees have been $1,023.75.

Ergo, the Plaintiffs' motion for default judgment pursuant to Rule 55 [d/e 7] is ALLOWED. The Clerk of Court will enter judgment in favor of Carpenters Pension and Retirement Savings Funds of Illinois and Michael T. Kucharski, as Administrative Manager, and against Kenneth T. Kirby, d/b/a Dupont Flooring Systems, for the sum of $33,064.48, which represents the balance due from the Defendant for contributions and liquidated damages through July 12, 2005, plus the Plaintiffs' attorney's fees through July 12, 2005, in an amount of $1023.75, for a total judgment

amount of $34,088.23, plus courts costs.

ENTER: August 29, 2005

        FOR THE COURT:

                                  s/Richard Mills
                                  United States District Court